

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK

**JOSHUA LEWIS**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

May 14, 2026

## CLERK, US DISTRICT COURT

Re:  Igor Mykhaylovych Lytvynchuk

Your No:  1:26-mj-00439-RT
Our No:  2:26-mj-297-PLM

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated , please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

JOSHUA LEWIS, District Court Executive

By Misha Johnson,
Deputy Clerk